IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 NOV 18 PM 4: 05

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | 8:14CR 375 |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. §§ 842(a)(1) & 844(a)(1) |
| JEFFREY BELMONT, | 18 U.S.C. §§ 842(i)(3) & 844(a)(1) |
|  | 18 U.S.C. §§ 922(g)(3) & 924(a)(2) |
| Defendant. | 18 U.S.C. § 2 |
|  | 18 U.S.C. § 924(d) |
|  | 28 U.S.C. § 2461 |

The Grand Jury charges that:

## COUNT I

On or about the 23rd day of June, 2014, in the District of Nebraska, the defendant, JEFFREY BELMONT, knowingly engaged in the business of manufacturing explosive materials, to wit: improvised explosive devices consisting of cardboard tubes containing flash powder, without a license issued under Chapter 40 of Title 18, United States Code.

In violation of Title 18, United States Code, Sections 842(a)(1) and 844(a)(1).

## COUNT II

From on or about the 1st day of May, 2013, through on or about the 15th of June, 2014, in the District of Nebraska, the defendant, JEFFREY BELMONT, knowingly engaged in the business of manufacturing explosive materials without a license issued under Chapter 40 of Title 18, United States Code, in that the defendant provided: (1) potassium perchlorate and aluminum powder to T.W. knowing that T.W. would be mixing said chemicals together to make flash powder, an explosive material, to be used in making cardboard tube improvised explosive devices that were for sale; and (2) provided advice to T.W. on how to manufacture flash powder

including: (a) the safest chemicals to use, (b) the proper mixing ratios, and (c) the safest conditions for mixing the flash powder.

In violation of Title 18, United States Code, Sections 2, 842(a)(1) and 844(a)(1).

## COUNT III

On or about the 24th day of June, 2014, in the District of Nebraska, the defendant, JEFFREY BELMONT, who was then an unlawful user of a controlled substance defined in Section 102 of the Controlled Substance Act, 21 U.S.C. § 802, knowingly possessed explosives, to wit: commercial grade display fireworks containing flash powder, which had been shipped and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 842(i)(3) and 844(a)(1).

## COUNT IV

On or about the 24th day of June, 2014, in the District of Nebraska, the defendant, JEFFREY BELMONT, who was then an unlawful user of a controlled substance defined in Section 102 of the Controlled Substance Act, 21 U.S.C. § 802, knowingly possessed in and affecting commerce firearms and ammunition, to wit: (1) Nodak Spud LLC AK47 rifle, (2) Polytechnologies MAK90 rifle, (3) High Standard rifle, (4) Winchester 1200 shotgun, (5) Stag Arms Stag-15 rifle, (6) Remington Arms Company 700 rifle, (7) Iver Johnson Champion shotgun, (8) Glock GMBH 17 pistol, (9) Glock GMBH 27 pistol, (10) Harrington and Richardson 158 shotgun, (11) AMT California Backup pistol, (12) Tanfoglio F.11i S.N.C. Titan Pistol, and (13) 2030 rounds of assorted ammunition.

In violation of Title 18, United States Code, Section 922(g)(3) and 924(a)(2)

## FORFEITURE ALLEGATION

Upon conviction of the offense charged in Count IV set forth herein, any and all interest Jeffrey L. Belmont has in the following-described firearms and ammunition, as said items were involved or used in the knowing commission of the offense charged in Count IV herein, is hereby vested in the United States and forfeited to the same:

1. Nodak Spud LLC AK47 Rifle CAL:545 SN:R000461.
2. Polytechnologies MAK90 Rifle CAL:762 SN:CS-9197.
3. High Standard Unknown Rifle CAL:Unknown SN:955215.
4. Winchester 1200 Shotgun CAL:12 SN:L955215.
5. Stag Arms Stag-15 Rifle CAL:556 SN:86002.
6. Remington Arms Company 700 Rifle CAL:270 SN:E6311604.
7. Iver Johnson Champion Shotgun CAL:410 SN:92201.
8. Glock GMBH 17 Pistol CAL:9 SN:LCD005.
9. Glock GMBH 27 Pistol CAL:40 SN:LPH041.
10. Harrington and Richardson 158 Shotgun CAL:410 SN:AJ247754
11. AMT- California (Arcadia Machine & Tool) Backup Pistol CAL:9.
12. Tanfoglio, F.lli, S.N.C Titan Pistol CAL:22 SN:ED46317.
13. 2030 Rounds Assorted Ammunition, Assorted calibers.

In violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

A TRUE BILL.


FOREPERSON

_____
DEBORAH R. GILG
United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: _____
DOUGLAS R. SEMISCH, #16655
Assistant U.S. Attorney

4