IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. 8:14-CR-375 |
| Plaintiff(s), | | |
| vs. | | AFFIDAVIT OF |
| | | JEFFREY BELMONT |
| JEFFREY BELMONT, | | |
| Defendant(s). | | |

STATE OF NEBRASKA )
                    ) ss.
COUNTY OF DOUGLAS)

I, Jeffrey Belmont, the undersigned, depose and state as follows:

1.      I am the Defendant in the above-captioned case.

2.      Jerry Sena and Jim K. McGough have been retained to represent me in regard to the above-captioned case.

3.      I have been advised by my attorneys for the reason of the continuance and I have no objection to the continuance.

4.      I have no objection to the extension of the discovery deadlines scheduled in this matter.

5.      I understand that the extension is excludable time under the Speedy Trial Act of 18 USC § 3161.

FURTHER AFFIANT SAYETH NOT.

_____
Jeffrey Belmont

1

Subscribed and sworn to before me on this 30th day of December 2014.

GENERAL NOTARY - State of Nebraska
TRACY PLATT
My Comm. Exp. June 24, 2018

_____
Notary Public

2

CERTIFICATE OF SERVICE

I certify that on February 9, 2015, I electronically filed the foregoing Affidavit of Jeffrey Belmont with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Mr. Doug Semisch
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102
doug.semisch@usdoj.gov

/s/Jim K. McGough
Attorney for Defendant